

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00427-CR

LORENZO CECIL GRAVES, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 47th District Court
Randall County, Texas
Trial Court No. 23,535-A, Honorable Dan L. Schaap, Presiding

January 11, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant, Lorenzo Cecil Graves, a Texas prison inmate appearing pro se, appeals from the trial court's order denying his motion for post-conviction DNA testing pursuant to Chapter 64 of the Code of Criminal Procedure. Now pending before this court is appellant's motion to dismiss the appeal signed by appellant. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's

request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam

Do not Publish.